ACCEPTED
04-15-00147-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 7:52:49 PM
KEITH HOTTLE
CLERK

**No. 2014-CVQ-000557 D3**

| | | |
|---|---|---|
| **JULIAN JACOBO REYNA** | § | **IN THE DISTRICT COURT** |
| | § | |
| **V.** | § | |
| | § | |
| | § | **341st JUDICIAL DISTRICT** |
| **FRANCISCO RODRIGUEZ, THE** | § | |
| **LAREDO POLICE DEPARTMENT,** | § | |
| **AND THE CITY OF LAREDO, TEXAS** | § | **WEBB COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 7:52:49 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

The Defendant, City of Laredo, Texas, gives notice of its desire to appeal the trial court's Order on the City of Laredo's Third Plea to the Jurisdiction signed on March 2, 2014. This Order is attached to this Notice. This appeal is taken to the Fourth Court of Appeals for the State of Texas, sitting in San Antonio, Texas. Section 51.014(a)(8) of the Civil Practices and Remedies Code grants this Court interlocutory jurisdiction over "an interlocutory order of a district court" that "grants or denies a plea to the jurisdiction by a governmental unit as that term is defined in Section 101.001." Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(8) (West Supp. 2011). The trial court denied the City of Laredo's plea to the jurisdiction in which it challenged the trial court's subject-matter jurisdiction over the case in which the appealed-from order was issued.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone: (210) 404-1983
Fax: (210) 404-1990

By: /s/ Albert López
    ALBERT LÓPEZ
    State Bar No. 12562350
    alopezoffice@gmail.com
    ATTORNEYS FOR DEFENDANT
    CITY OF LAREDO

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served by electronic service upon to Mr. Andres Reyes, 401 Hillside Rd., Capitol Centre, Laredo, Texas 78041 on March 16, 2015.

/s/ Albert López
Albert López

NO. 2014-CVQ-000557-D3

| | | |
|---|---|---|
| JULIAN JACOBO REYNA<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§ | 341ST JUDICIAL DISTRICT |
| FRANCISCO RODRIGUEZ, THE<br>LAREDO POLICE DEPARTMENT,<br>AND THE CITY OF LAREDO, TEXAS<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ | OF WEBB COUNTY, TEXAS |

## ORDER

On February 18, 2015, the Court heard the Defendant City of Laredo's Third Plea to the Jurisdiction. The parties appeared through their respective counsel. After consideration of Defendant's motion, Plaintiff's response, and hearing the argument of counsel, the Court is of the opinion that the relief sought by Defendant should denied.

IT IS THEREFORE ORDERED that the Defendant City of Laredo's Third Plea to the Jurisdiction is hereby DENIED.

SIGNED on this the _____ day of _____ March _____, 2015.

_____
JUDGE BECKIE PALOMO

ORDER                                                                Page 1